George E. Peterson, Esq., Bar No.: 054310
gpeterson@pb-llp.com
Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pb-llp.com
George M. Peterson , Esq., Bar No.: 259503
georgemcfarlinpeterson@pb-llp.com
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800
818-562.5810 Fax

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYENDRA A. SHAH, M.D.<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY DEPT. HEALTH SERVICES, CHARLES STEWART, STEPHEN MORRIS, LOS ANGELES COUNTY SUPERVISOR MR. DON KNABE, M R. MICHAEL ANTONOVITCH, MS. GLORIA MOLIN, MS. YVONEE B. BURKE, MR. ZEV YAROSLAVSKY, DR. BRUCE A. CHERNOFF-CHIEF MED OFFICER OF LA COUNTY DHS DR. JOHN SCHUNHOFF, DR. SWAN, CMO, LOS ANGELES COUNTY, DR. GAIL ANDERSON, DR. DENNIS LEVIN, DR. JEFFREY BARBOSA, MR. MICHAEL HENRY, MR. MIGUEL ORTIZ, MS. MICHELLE MORGAN, MS. RHONDA FERNANDEZ, CEO MR. WILLIAM T. FUJIOKA,<br><br>    Defendants. | Case No.: CV08-6499 CAS(CWx)<br>Related Case No.: CV06-07446 CAS(CWx)<br>Assigned to the Hon.: Christina A. Snyder-Courtroom 5<br><br>**JUDGMENT ON ATTORNEYS' FEES AWARDED**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: 10/2/2008 |

TO THE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN:

///

1

1  Whereas this action was dismissed with prejudice by the Court following the granting of
2  based on Defendant's Motion to Dismiss, under FRCP 12(b)(6) on August 9, 2010; (See Exhibit "A")
3  Whereas the Court granted Defendant's Motion for Attorneys' Fees against Plaintiff in the
4  amount of $37,432.50 on September 20, 2010; (See Exhibit "B")
5  Whereas Plaintiff, Jayendra A. Shah, M.D., timely filed an appeal of this Court's final Order
6  with respect to both the Court's Motion to Dismiss and the Court's granting attorneys' fees;
7  It appearing by reason of said ruling by this Court, Defendant, County of Los Angeles is
8  entitled to have judgment entered in its favor and have judgment entered against Plaintiff, Jayendra
9  A. Shah, M.D., for the total award granted by the Court, $37,432.50.

11  NOW THEREFORE IT IS ORDERED AND ADJUDGED AND DECREED that said Plaintiff,
12  Jayendra A. Shah, M.D., take nothing from said Defendant, County of Los Angeles and that
13  Defendant, County of Los Angeles is entitled to attorneys' fees and disbursements from Plaintiff in
14  the amount of $37,432.50.

17  IT IS SO ORDERED:

20  Dated: November 24, 2010

*[signature: Christina A. Snyder]*

Christina A. Snyder
United States District Court

PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800